(111 So. 199)

## T. S. FAULK & CO. v. CHICAGO, INDIANAPOLIS & LOUISVILLE RAILWAY CO. (4 Div. 313.)

(Supreme Court of Alabama, Jan. 20, 1927.)

Certiorari to Court of Appeals.

Carmichael & Tiller, of Geneva, for petitioner.

Mulkey & Mulkey, of Geneva, opposed.

THOMAS, J. Petition of the Chicago, Indianapolis & Louisville Railway Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in T. S. Faulk & Co. v. Chicago, I. & L. R. Co., 21 Ala. App. 617, 111 So. 196.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.